**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | LAW OFFICES OF LAUREL STANLEY, a California business entity, and WILLIAM CRONIN, a resident of Texas,<br><br>Plaintiffs,<br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-2858-MHP<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER TO CONTINUE FILING DATE<br>FOR DEFENDANT'S RESPONSE TO<br>PLAINTIFFS' COMPLAINT |
|---|---|---|

18

19        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20  COUNSEL AS FOLLOWS:

21        Pursuant to Civil Local Rule 6-2, Plaintiffs Law Offices of Laurel Stanley and

22  William Cronin and Defendant Intel Corporation hereby stipulate that Intel Corporation's

23  response to Plaintiffs' complaint shall be due either 60 days after transfer of the above captioned

24  case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

25  Section 1407 or, in the alternative, 45 days after any such motion has been denied.  The parties

26  request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627440.1

1  *al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed
2  a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the
3  above-styled action has been identified as a related action to that petition. As a result the
4  outcome of the pending petition will impact significantly the schedule of this case.
5        This is the first stipulation between the parties. Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED: July ___, 2005
8
9                                              Bingham McCutchen LLP
10
11
                                            By:_____
12                                                  JOY K. FUYUNO
                                             Attorneys for Defendant
13                                                  Intel Corporation
14  DATED: July ___, 2005
15
                                            The Furth Firm LLP
16
17
18                                             By:_____
                                                ALEX C. TURAN
19                                                  Attorneys for Plaintiff
                                                Law offices of Laurel Stanley,
20                                                  and William Cronin
21
22
23
24
25
26

1

2  **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3  IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __8/2__, 2005

_____
Honorable Marilyn Hall Patel
United States District Judge